IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action |
| ) | No. 22-03014-02-CR-S-BP |
| ) | |
| DARRELL L. SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's *Motion To Reconsider Order of Detention* (doc. 26). An Order of Detention was entered on April 4, 2022 (doc. 25).

The Court has reviewed Defendant's request to review his bond status and reconsider the prior Order of Pretrial Detention entered against Defendant on April 4, 2022 (doc. 25). The Court has also reviewed the Pretrial Services Report filed in this case (doc. 20).

Defendant's Motion to Reconsider Order of Detention is **DENIED**.

**IT IS SO ORDERED.**

DATE:   July 6, 2022

                                            */s/ David P. Rush*
                                            DAVID P. RUSH
                                            United States Magistrate Judge